453 A.2d 328

**COMMONWEALTH of Pennsylvania**

v.

**Carolyn McKENDRICK, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1982.

Decided Dec. 20, 1982.

Stephen H. Serota, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Deborah Fox, Asst. Dist. Attys., for appellee.

## ORDER

PER CURIAM.

Judgment of sentence affirmed.